# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Daphne Lousiana Mondesir Carbonelli**

                      Plaintiff(s)

vs.                           **CASE NUMBER: 1:21-cv-1135 (DEP)**

**Commissioner of Social Security**

                      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that plaintiffs motion for judgment on the pleadings (Dkt. No. 12) be GRANTED, defendants motion for judgment on the pleadings (Dkt. No. 17) be DENIED, the Commissioners decision be VACATED, and this matter remanded for further proceedings consistent with this decision and order, without a directed finding of disability, pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 17th day of February, 2023.

DATED: February 17, 2023

_____
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk