## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAPHNE LOUISIANA | ) | Case No. 1:21-cv-1135-DEP |
| MONDESIR CARBONELLI, | ) | |
| | ) | |
| *Plaintiff* | ) | David E. Peebles |
| v. | ) | United States Magistrate Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| *Defendant.* | ) | |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $8,331.93 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.00, to be paid from the Department of the Treasury's Judgment Fund.

Dated:  May 16, 2023

Kilolo Kijakazi,

By Her Attorneys,

Carla B. Freedman,
United States Attorney

/s/ Natasha Oeltjen
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-1849
Natasha.oeltjen@ssa.gov

Daphne Louisiana Mondesir Carbonelli,

By Her Attorney,

/s/ Justin M. Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
(716) 564-3288
jgoldstein@kennethhiller.com

**SO ORDERED:**

David E. Peebles
U.S. Magistrate Judge

Dated: May 17, 2023
         Syracuse, New York