# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Daphne Lousiana Mondesir Carbonelli**
    Plaintiff(s)
 vs.                           **CASE NUMBER: 1:21-cv-1135 (DEP**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDER granting STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE AND COSTS UNDER 28 U.S.C. § 1920. SO ORDERED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 17th day of May, 2023.

DATED: May 17, 2023

*(signature)*
Clerk of Court

                                        By: S/Kathy Rogers
                                        Deputy Clerk